UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　Criminal No. 03-514

vs.　　　　　Order of Reassignment

BRAULIO ANTONIO BATISTA

It is on this   28^(TH)   day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND TO JUDGE WILLIAM J. MARTINI.

　　　　　　　　　　　　　S/Garrett E. Brown, Jr.
　　　　　　　　　　　GARRETT E. BROWN, JR. CHIEF JUDGE
　　　　　　　　　　　UNITED STATES DISTRICT COURT